Law Offices of RON PETERS
Ron Peters (SBN: 45749)
50 Fullerton Court, Suite 207
Sacramento, California 95825
Telephone: (916) 922-9270
Facsimile: (916) 922-2465
Email: ronslaw207@sbcglobal.net

Attorney for Defendant
MARIO NUNEZ, SR

# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MARIO NUNEZ, SR, | Case No.10-cr-00162-JAM-9<br><br>STIPULATION AND ORDER TO CONTINUE THE STATUS CONFERENCE |

**PARTIES TO THE LITIGATION**

The parties to this litigation, the Unites States of America, represented by Assistant United States Attorney, Michael Damien McCoy, Assistant U.S. Attorney and the defendant Mario Nunez, SR., through his attorney, Ron Peters, hereby agree and stipulate that the current date for the status conference in this case, **Tuesday, August 6, 2013**, is hereby vacated and can be rescheduled for **Tuesday, August 13, 2013 at 9:45 a.m.** in Courtroom #6, before the Honorable District Court Judge, John A. Mendez.

Defense counsel will meet with Mr. Nunez and an interpreter to finalize the plea agreement.

///

///

///

**STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING**


DATE: August 1, 2013						Respectfully submitted

						By:	/s/Ron Peters
							RON PETERS
							Attorney for Defendant
							**MARIO NUNEZ, SR**

DATE: August 1, 2013				By:	/s/ Michael Damien McCoy
							Michael Damien McCoy
							Assistant U.S. Attorney

# ORDER

The Court, having considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties, the Court finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and defendant continuity of counsel. The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and that the time from the date of the stipulation, August 6, 2013, to and including August 13, 2013.

It is so ordered.

Date: 8/5/2013                                     /s/ John A. Mendez
                                                   **JOHN A. MENDEZ**
                                                   **United States District Court Judge**