UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FILED
December 17, 2013
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MARIO NUNEZ, SR., )<br>)<br>Defendant. ) | Case No. 2:10CR00162-JAM-9<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release __MARIO NUNEZ, SR.__ , Case No. __2:10CR00162-JAM-9__ , Charge __21USC § 841(a)(1), 846. 21USC § 843(b)__ , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

- \_\_ Release on Personal Recognizance

- \_\_ Bail Posted in the Sum of $_____

    - \_\_ Unsecured Appearance Bond

    - \_\_ Appearance Bond with 10% Deposit

    - \_\_ Appearance Bond with Surety

    - \_\_ Corporate Surety Bail Bond

- ✔ (Other)    __Pretrial conditions as stated on the record.__

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at __Sacramento, CA__ on __December 17, 2013__ at __2:00 pm__ .

By  /s/ Allison Claire/s/ Allison Claire
Allison Claire
United States Magistrate Judge

Copy 2 - Court