```
                                                              FILED
                                                              May 27, 2015
            UNITED STATES DISTRICT COURT FOR THE              CLERK, US DISTRICT COURT
                                                              EASTERN DISTRICT OF
                EASTERN DISTRICT OF CALIFORNIA                CALIFORNIA
                                                              DEPUTY CLERK
```

UNITED STATES OF AMERICA,         )
                                  )    Case No. 2:10-CR-00162-JAM-9
            Plaintiff,            )
v.                                )    ORDER FOR RELEASE OF
                                  )    PERSON IN CUSTODY
MARIO NUNEZ, SR.,                 )
                                  )
            Defendant.            )

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>MARIO NUNEZ, SR.</u>, Case No. <u>2:10-CR-00162-JAM-9</u>, Charge <u>Title 18 USC § 3606</u>, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __    Release on Personal Recognizance

    __    Bail Posted in the Sum of $__

          __    Unsecured Appearance Bond

          __    Appearance Bond with 10% Deposit

          __    Appearance Bond with Surety

          __    Corporate Surety Bail Bond

    ✔    (Other)    <u>All conditions of supervised release remain in full force and effect.</u>

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at <u>Sacramento, CA</u> on <u>May 27, 2015</u> at  2:21  pm.

                                  By  /s/ Dale A. Drozd
                                      Dale A. Drozd
                                      United States Magistrate Judge