**Patrick Kolasinski (SBN # 262363)**
The Law Offices of Patrick Kolasinski
1100 14th Street, Suite E
Modesto, CA 95354
Telephone: (209) 408-0104
Facsimile: (209) 408-0149
Email: Patrick@kolasinski-law.com

Attorney for Defendant
MARIO NUNEZ SR.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO: 2:10CR00162-09 |
| vs. | **DEFENDANT'S MOTION TO RELEASE DOCUMENTS FILED UNDER SEAL** |
| MARIO NUNEZ SR., | |
| Defendant_____/ | |

Defendant Mario Nunez ("Defendant"), through his undersigned counsel Patrick Kolasinski, respectfully moves this court to release the document entitled "Sentencing Presentence Investigation Report (Final)", filed under seal as docket number 254 in this case, to a limited set of parties involved in his pending proceedings before the Executive Office for Immigration Review ("EOIR").

**I. Statement of the Case**

On February 18, 2014, Defendant was convicted of 21 USC 843(b) in these proceedings. On January 22, 2014, prior to Defendant's sentencing hearing, Probation and Pretrial Services filed a document entitled "Sentencing Presentence Investigation Report (Final)" (hereinafter "the probation report"), which was docketed as docket item number 254. That document was filed under seal, pursuant to F.R.Crim.P. 49.1.

On May 13, 2015, the United States Department of Homeland Security ("DHS") took Defendant into custody and shortly thereafter initiated removal proceedings against defendant before the Executive Office of Immigration Review ("EOIR"). Those proceedings are currently pending before Immigration Judge Anthony J. Murry of the San Francisco EOIR, with a continued custody redetermination hearing currently calendared for September 9, 2015.

On July 1, 2015, at Defendant's initial custody redetermination hearing, the immigration judge indicated that the contents of the probation report would be highly relevant to the issue of whether defendant is a flight risk or danger to his community, which is a necessary determination before Respondent can be released from DHS custody. The immigration judge invited both DHS and the defendant to obtain the probation report, so that it could be submitted for his consideration at the continued bond hearing. As such, defendant now respectfully moves this court to unseal the probation report for release to defendant, his counsel, DHS, and EOIR for the limited purpose of use during his removal proceedings.

Defendant's attorney has contacted both Officer Jose Figueroa at Pretrial and Probation Services, and Assistant US attorney Katherine Lydon. Officer Figueroa indicated that Pretrial and Probation Services does not have a position on this motion at this time. Ms. Lydon has indicated that the Department of Justice has no opposition to this motion, so long as the lifting of the seal is limited to the parties and purposes described above.

## II.   Argument

CAED Local Rule 141(f) states "Upon the motion of any person, or upon the Court's own motion, the Court may, upon a finding of good cause or consistent with applicable law, order documents unsealed." Here, Defendant is requesting that his records be unsealed so that he can introduce the probation report into evidence in his immigration case and all parties have consented to its release, as long as it is released to the limited parties specified above. The limited scope of release ensures that only the parties to this proceeding, that is, the Defendant and the United States, have access to the relevant document. Thus, there is good cause to unseal the requested record.

As such, Defendant respectfully requests that the court unseal the probation report for release to the parties described above, with the limitation that it be only used for the purposes described above, as quickly as possible. In the alternative, defendant respectfully requests that a hearing be set on this motion at the court's earliest convenience.

Dated: August 18, 2015

Respectfully submitted,
By:/s/ Patrick Kolasinski
    Patrick Kolasinski
    Attorney for Defendant
    Mario Nunez Sr.

Patrick Kolasinski (SBN # 262363)
The Law Offices of Patrick Kolasinski
1100 14th Street, Suite E
Modesto, CA 95354
Telephone: (209) 408-0104
Facsimile: (209) 408-0149
Email: Patrick@kolasinski-law.com

Attorney for Plaintiff
MARIO NUNEZ SR.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

UNITED STATES OF AMERICA,   CASE NO: 2:10CR00162-09

vs.

MARIO NUNEZ SR.,

　　　　Defendant
　　　　　　　　　　　　　　　　　　／

**PROPOSED ORDER RE MOTION TO RELEASE DOCUMENTS FILED UNDER SEAL**

　　　　The matter came before the Court upon agreement of the parties to unseal the document entitled "Sentencing Presentence Investigation Report (Final)", filed under seal as docket number 254 in this case, to a limited set of parties involved in his pending proceedings before the Executive Office for Immigration Review.

**IT IS ORDERED:**

　　　　For good cause shown, the Defendant's Motion to Release Documents Filed Under Seal is hereby GRANTED. The document entitled "Sentencing Presentence Investigation Report (Final)" shall be unsealed.

Dated: August 20, 2015

_____
UNITED STATES DISTRICT JUDGE

1